■ JANET KAMBAT, Individually and as Executrix of FLORENCE J. FENZEL and Another, Deceased, et al., Respondents, v ST. FRANCIS HOSPITAL et al., Appellants. (Appeal No. 1.) [614 NYS2d 357] —Appeals unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeals from Order of Supreme Court, Erie County, Kane, J. —Summary Judgment.) Present—Pine, J. P., Lawton, Callahan, Doerr and Davis, JJ.